# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.R.L.L.,<br><br>          Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>          Defendant.<br>_____ | Case No.: 1:11-at-00632<br><br>**ORDER ON PETITION FOR GUARDIAN AD LITEM AND APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>(Docs. 2, 3, 4) |

      Plaintiff R.R.L.L.("Plaintiff"), by and through his guardian ad litem, Lashawn Simmons ("Ms. Simmons"), filed a complaint on October 7, 2011, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Docs. 2, 3.)

      Attached to and filed as part of the complaint was a petition for appointment of guardian ad litem by Plaintiff's mother, Ms. Simmons. (Doc. 2-4.) The Court cannot consider this petition as it is currently filed as part of the complaint, as it is a separate petition requiring a Court order. Plaintiff must submit and file this petition as a separate document.

      Further, there were errors with the initial application to proceed *in forma pauperis*. (Doc. 3). Specifically, Ms. Simmons submitted the application as the petitioner/plaintiff/movant when she is not the petitioner/plaintiff/movant but is in reality seeking to be appointed as Plaintiff's guardian ad litem. Further, even assuming the Court grants Ms. Simmons' petition for appointment as

1 guardian ad litem, she did not indicate the name and address of her last employer as required in the application.

In an apparent attempt to correct these errors, Plaintiff filed an amended application to proceed *in forma pauperis*. (Doc. 4.) There are, however, also errors with this amended application. Plaintiff, as opposed to Ms. Simmons, is now applying to proceed *in forma pauperis* as the petitioner/plaintiff/movant; however, Plaintiff indicates that he receives SSI, AFDC, and food stamps and that he has "four children ages 16, 13, 12, and 4." (Doc. 4, ¶ 6.) As the complaint and petition for guardian ad litem indicate that Plaintiff is a minor, these responses seem highly improbable.

As such, the Court cannot consider the application to proceed *in forma pauperis* as currently submitted.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff file the petition for guardian ad litem as a separate document; and
2. Plaintiff's proposed guardian ad litem, Ms. Simmons, submit an amended application to proceed *in forma pauperis* in which she specifically:
   a. Checks off the box indicated as "other" on the form and applies as Plaintiff's guardian ad litem (instead of applying as the petitioner/plaintiff/movant); and
   b. Indicates the name and address of her last employer as required.

IT IS SO ORDERED.

Dated:   October 20, 2011                         /s/ Sheila K. Oberto
                                                 UNITED STATES MAGISTRATE JUDGE