# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.R.L.L., by and through his guardian ad litem, LASHAWN SIMMONS,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>  Defendant. | Case No.: 1:11-at-00632<br><br>**ORDER GRANTING PETITION FOR GUARDIAN AD LITEM**<br><br>(Doc. 6)<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>(Docs. 3, 4, 7) |

Plaintiff R.R.L.L. filed a complaint on October 7, 2011, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Doc. 3.) Plaintiff filed amended applications to proceed *in forma pauperis* on October 18, 2011, and October 21, 2011. (Docs. 4, 7.) On October 21, 2011, Plaintiff, through his attorney, also filed a motion for appointment of his mother, Lashawn Simmons, as his guardian ad litem. (Doc. 6.)

The Court GRANTS Plaintiff's motion for the appointment of his mother as his guardian ad litem. The Court further GRANTS the application to proceed *in forma pauperis* and finds that the application demonstrates entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiff's mother, Lashawn Simmons, is appointed as Plaintiff's guardian ad litem;
2. The application to proceed *in forma pauperis* is GRANTED;
3. The Clerk of Court is DIRECTED to issue a summons; and

4. The United States Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the Defendant as directed by the Plaintiff.

IT IS SO ORDERED.

Dated:   October 26, 2011                              /s/ Sheila K. Oberto
                                                              UNITED STATES MAGISTRATE JUDGE