1  Laura E. Krank
2  Attorney at Law: 220208
   211 East Ocean Boulevard, Suite 420
3  Long Beach, CA 90802
   Tel: (562)437-7006
4  Fax: (562)432-2935
   E-Mail:rohlfing.kalagian@rksslaw.com
5
   Attorneys for Plaintiff R.R.L.L.
6

7
8  **UNITED STATES DISTRICT COURT**
   **EASTERN DISTRICT OF CALIFORNIA**
9

10 R.R.L.L.,                              )   Case No. 1:11-cv-01799-SMS
                                          )
11         Plaintiff,                     )   **STIPULATION and ORDER**
                                          )   **to EXTEND TIME**
12 v.                                     )   (Doc. 17)
                                          )
13 MICHAEL J. ASTRUE,                     )
   Commissioner of Social Security.       )
14                                        )
           Defendant.                     )
15                                        )
                                          )
16

17      TO THE HONORABLE SANDRA M. SNYDER, MAGISTRATE JUDGE

18 OF THE DISTRICT COURT:

19      IT IS HEREBY STIPULATED by and between the parties, through their

20 respective counsel, that Plaintiff shall have a 45-day extension of time, to and

21 through **May 24, 2012**, in which to provide defendant with settlement his proposal.

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issued presented.

DATE: May 1, 2012          Respectfully submitted,

                           ROHLFING & KALAGIAN, LLP

                              /s/ *Laura E. Krank*

                           BY: _____
                           Laura E. Krank
                           Attorney for plaintiff R.R.L.L.

DATE:  May 2, 2012         BENJAMIN B. WAGNER
                           United States Attorney


                              /s/ *David Lerch**

                           BY: _____
                           David Lerch
                           Special Assistant United States Attorney
                           Attorneys for defendant Michael Astrue
                           |*authorized by e-mail|


IT IS SO ORDERED.

   Dated:   **May 3, 2012**                **/s/ Sandra M. Snyder**
                                       UNITED STATES MAGISTRATE JUDGE