| | |
|---|---|
| 1 | Laura E. Krank |
| 2 | Attorney at Law: 220208 |
| | 211 East Ocean Boulevard, Suite 420 |
| 3 | Long Beach, CA 90802 |
| | Tel: (562)437-7006 |
| 4 | Fax: (562)432-2935 |
| | E-Mail:rohlfing.kalagian@rksslaw.com |
| 5 | |
| | Attorneys for Plaintiff R.R.L.L. |
| 6 | |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| R.R.L.L., | ) | Case No. 1:11-cv-01799-SMS |
| | ) | |
| Plaintiff, | ) | **STIPULATION and ORDER** |
| v. | ) | **to EXTEND TIME** |
| | ) | (Doc. 17) |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

TO THE HONORABLE SANDRA M. SNYDER, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Plaintiff shall have a 45-day extension of time, to and through **May 24, 2012**, in which to provide defendant with settlement his proposal.

///
///
///
///
///
///
///

This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issued presented.

DATE: May 1, 2012  Respectfully submitted,

ROHLFING & KALAGIAN, LLP

/s/ *Laura E. Krank*

BY: _____
Laura E. Krank
Attorney for plaintiff R.R.L.L.

DATE:  May 2, 2012  BENJAMIN B. WAGNER
United States Attorney

/s/ *David Lerch**

BY: _____
David Lerch
Special Assistant United States Attorney
Attorneys for defendant Michael Astrue
|*authorized by e-mail|

IT IS SO ORDERED.

Dated:   **May 3, 2012**              **/s/ Sandra M. Snyder**
                                      UNITED STATES MAGISTRATE JUDGE