Laura E. Krank
Attorney at Law: 220208
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: Laura.Krank@rksslaw.com

Attorneys for Plaintiff, R.R.L.L.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.R.L.L., | Case No.: 1:11-cv-01799-SMS |
| Plaintiff, | ORDER GRANTING AMENDED STIPULATION TO EXTENDTIME (Doc. 20) |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security. | |
| Defendant. | |

Based upon the stipulation of the parties, and for cause shown:

IT IS HEREBY ORDERED that Plaintiff is granted an extension of time, to and through **July 30, 2012** (as the proposed date of July 29, 2012 is a Sunday), within which to file Plaintiff's motion; and, that all other deadlines set forth in the October 27, 2011, Case Management Order shall be extended accordingly.

IT IS SO ORDERED.

Dated:  **July 6, 2012**          **/s/ Sandra M. Snyder**
                                  UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26