1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT, IL SBN 6191786
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   DAVID LERCH, CA SBN 229411
4  Special Assistant United States Attorney
         160 Spear Street, Suite 800
5        San Francisco, California 94105
         Telephone: (415) 977-8936
6        Facsimile: (415) 744-0134
         E-Mail: David.Lerch@ssa.gov
7
8  Attorneys for Defendant

9                       UNITED STATES DISTRICT COURT
10                      EASTERN DISTRICT OF CALIFORNIA
11                              **FRESNO DIVISION**

12 R.R.L.L.,                          )
13        Plaintiff,                  )   Case No. 1:11-cv-01799-SMS
                                      )
14        v.                          )
                                      )   STIPULATION AND ORDER FOR
15 MICHAEL J. ASTRUE,                 )   EXTENSION OF TIME FOR
   Commissioner of                    )   DEFENDANT TO RESPOND TO
16 Social Security,                   )   PLAINTIFF'S OPENING BRIEF
                                      )   (Doc. 23)
17        Defendant.                  )
18 _____    )

19

20     IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of

21 record, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's opening

22 brief. Counsel for Defendant requests this extension due to his workload, as well as due to the need to

23 further evaluate whether the Commissioner should continue defending this matter in light of the

24 contentions raised by Plaintiff in the opening brief.

25     The current due date is August 29, 2012. The new due date will be September 28, 2012. The

26 parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

27

28

                                      Respectfully submitted,

Dated: August 23, 2012          /s/*Laura Krank*
                                      (As authorized via email)
                                      Laura Krank
                                      Attorney for Plaintiff

Dated: August 21, 2012          BENJAMIN B. WAGNER
                                      United States Attorney

                       By:    /s/ *David W. Lerch*
                                      DAVID W. LERCH
                                      Special Assistant U.S. Attorney

                                      Attorneys for Defendant

## **ORDER**

       Pursuant to the stipulation of the parties, Defendant's responsive brief shall be filed on or before September 28, 2012.

IT IS SO ORDERED.

**Dated:   August 24, 2012**          /s/ Sandra M. Snyder
                                       UNITED STATES MAGISTRATE JUDGE