1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT, IL SBN 6191786
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   DAVID LERCH, CA SBN 229411
4  Special Assistant United States Attorney
       160 Spear Street, Suite 800
5      San Francisco, California 94105
       Telephone: (415) 977-8936
6      Facsimile: (415) 744-0134
       E-Mail: David.Lerch@ssa.gov
7
8  Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| R.R.L.L., <br>     Plaintiff, <br>     v. <br> MICHAEL J. ASTRUE, <br> Commissioner of <br> Social Security, <br>     Defendant. | Case No. 1:11-cv-01799-SMS <br><br> STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S OPENING BRIEF <br>(Doc. 23) |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's opening brief. Counsel for Defendant requests this extension due to his workload, as well as due to the need to further evaluate whether the Commissioner should continue defending this matter in light of the contentions raised by Plaintiff in the opening brief.

The current due date is August 29, 2012. The new due date will be September 28, 2012. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: August 23, 2012                     /s/*Laura Krank*
                                           (As authorized via email)
                                           Laura Krank
                                           Attorney for Plaintiff


Dated: August 21, 2012                     BENJAMIN B. WAGNER
                                           United States Attorney


                                    By:    /s/ *David W. Lerch*
                                           DAVID W. LERCH
                                           Special Assistant U.S. Attorney

                                           Attorneys for Defendant


## **ORDER**

Pursuant to the stipulation of the parties, Defendant's responsive brief shall be filed on or before September 28, 2012.


IT IS SO ORDERED.

**Dated:   August 24, 2012**              _____/s/ Sandra M. Snyder_____
                                           UNITED STATES MAGISTRATE JUDGE