BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT, IL SBN 6191786
Acting Regional Chief Counsel, Region IX
Social Security Administration
DAVID W. LERCH, CA SBN 229411
Special Assistant United States Attorney
       160 Spear Street, Suite 800
       San Francisco, California 94105
       Telephone: (415) 977-8936
       Facsimile: (415) 744-0134
       E-Mail: David.Lerch@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| R. R. L.,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 1:11-CV-1799-SMS<br><br>STIPULATION AND ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), AND REQUEST FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT |

     IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

     On remand, the Appeals Council will issue a fully favorable decision regarding Plaintiff's application for SSI benefits filed on July 31, 2007, based upon Plaintiff's diagnosis of mild mental retardation.

     The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, Commissioner of Social Security.

                                                          Respectfully submitted,

Dated: September 6, 2012          */s/Laura Krank*
                                                       (As authorized via e-mail)
                                                       LAURA KRANK
                                                       Attorney for Plaintiff

Dated: September 8, 2012          BENJAMIN B. WAGNER
                                                       United States Attorney
                                                       DONNA L. CALVERT
                                                       Acting Regional Chief Counsel, Region IX
                                                       Social Security Administration

                                                       */s/ David Lerch*
                                                       DAVID LERCH
                                                       Special Assistant U.S. Attorney

                                                       Attorneys for Defendant

                                                             <u>ORDER</u>

IT IS SO ORDERED.

**Dated:   September 11, 2012**                **/s/ Sandra M. Snyder**
                                                      UNITED STATES MAGISTRATE JUDGE