Laura E. Krank
Attorney at Law: 220208
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)432-2935
E-mail: rohlfing.kalagian@rksslaw.com

Attorneys for Plaintiff
R.R.L.L.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.R.L.L., <br><br> Plaintiff, <br><br> vs. <br> MICHAEL J. ASTRUE, <br> Commissioner of Social Security, <br><br> Defendant. | Case No.: CV 11-1799 SMS <br><br> STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND ORDER THEREON |

TO THE HONORABLE SANDRA M. SNYDER, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that R.R.L.L. be awarded attorney fees and expenses in the amount of THREE THOUSAND TWO HUNDRED FIFTY dollars ($3,250.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

1       After the Court issues an order for EAJA fees to R.R.L.L., the government
2 will consider the matter of R.R.L.L.'s assignment of EAJA fees to Laura E. Krank.
3 Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the
4 assignment will depend on whether the fees are subject to any offset allowed under
5 the United States Department of the Treasury's Offset Program.  After the order for
6 EAJA fees is entered, the government will determine whether they are subject to
7 any offset.

8       Fees shall be made payable to R.R.L.L., but if the Department of the
9 Treasury determines that R.R.L.L. does not owe a federal debt, then the
10 government shall cause the payment of fees, expenses and costs to be made
11 directly to Law Offices of Rohlfing & Kalagian, LLP, pursuant to the assignment
12 executed by R.R.L.L..  Any payments made shall be delivered to Laura E. Krank.

13       This stipulation constitutes a compromise settlement of R.R.L.L.'s request
14 for EAJA attorney fees, and does not constitute an admission of liability on the part
15 of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall
16 constitute a complete release from, and bar to, any and all claims that R.R.L.L.
17 and/or Laura E. Krank including Law Offices of Rohlfing & Kalagian, LLP may
18 have relating to EAJA attorney fees in connection with this action.

19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26

This award is without prejudice to the rights of Laura E. Krank and/or the Law Offices of Rohlfing & Kalagian, LLP to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

DATE: October 11, 2012             Respectfully submitted,

ROHLFING & KALAGIAN, LLP

/s/ *Laura E. Krank*
BY:_____
Laura E. Krank
Attorney for plaintiff R.R.L.L.

DATED: October 16, 2012

BENJAMIN WAGNER
United States Attorney

/s/ *David Lerch*
_____
David Lerch
Special Assistant United States Attorney
Attorneys for Defendant Michael J. Astrue,
Commissioner of Social Security
(Per e-mail authorization)

IT IS ORDERED.

IT IS SO ORDERED.

   Dated:   **October 21, 2012**              **/s/ Sandra M. Snyder**
                                          UNITED STATES MAGISTRATE JUDGE