1  Laura E. Krank
   Attorney at Law: 220208
2  Law Offices of Rohlfing & Kalagian, LLP
   211 East Ocean Boulevard, Suite 420
3  Long Beach, CA 90802
   Tel.: (562)437-7006
4  Fax: (562)432-2935
   E-mail: rohlfing.kalagian@rksslaw.com
5
   Attorneys for Plaintiff
6  R.R.L.L.

7

8                  **UNITED STATES DISTRICT COURT**

9                  **EASTERN DISTRICT OF CALIFORNIA**

10 R.R.L.L.,                           ) Case No.: CV 11-1799 SMS
                                        )
11                                      ) STIPULATION  FOR THE AWARD
                 Plaintiff,             ) AND PAYMENT OF ATTORNEY
12                                      ) FEES AND EXPENSES PURSUANT
           vs.                          ) TO THE EQUAL ACCESS TO
13 MICHAEL J. ASTRUE,                   ) JUSTICE ACT, 28 U.S.C. § 2412(d)
   Commissioner of Social Security,     ) AND ORDER THEREON
14                                      )
                                        )
15             Defendant.               )
                                        )
16 _____

17

18       TO THE HONORABLE SANDRA M. SNYDER, MAGISTRATE JUDGE

19 OF THE DISTRICT COURT:

20       IT IS HEREBY STIPULATED by and between the parties through their

21 undersigned counsel, subject to the approval of the Court, that R.R.L.L. be

22 awarded attorney fees and expenses in the amount of THREE THOUSAND TWO

23 HUNDRED FIFTY dollars ($3,250.00) under the Equal Access to Justice Act

24 (EAJA), 28 U.S.C. § 2412(d).  This amount represents compensation for all legal

25 services rendered on behalf of Plaintiff by counsel in connection with this civil

26 action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

                                   -1-

1   After the Court issues an order for EAJA fees to R.R.L.L., the government

2   will consider the matter of R.R.L.L.'s assignment of EAJA fees to Laura E. Krank.

3   Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the

4   assignment will depend on whether the fees are subject to any offset allowed under

5   the United States Department of the Treasury's Offset Program.  After the order for

6   EAJA fees is entered, the government will determine whether they are subject to

7   any offset.

8   Fees shall be made payable to R.R.L.L., but if the Department of the

9   Treasury determines that R.R.L.L. does not owe a federal debt, then the

10   government shall cause the payment of fees, expenses and costs to be made

11   directly to Law Offices of Rohlfing & Kalagian, LLP, pursuant to the assignment

12   executed by R.R.L.L..  Any payments made shall be delivered to Laura E. Krank.

13   This stipulation constitutes a compromise settlement of R.R.L.L.'s request

14   for EAJA attorney fees, and does not constitute an admission of liability on the part

15   of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall

16   constitute a complete release from, and bar to, any and all claims that R.R.L.L.

17   and/or Laura E. Krank including Law Offices of Rohlfing & Kalagian, LLP may

18   have relating to EAJA attorney fees in connection with this action.

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26

1   This award is without prejudice to the rights of Laura E. Krank and/or the Law

2   Offices of Rohlfing & Kalagian, LLP to seek Social Security Act attorney fees

3   under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

4   DATE: October 11, 2012          Respectfully submitted,

5                                   ROHLFING & KALAGIAN, LLP

6                                         /s/ *Laura E. Krank*
                                    BY:_____

7                                   Laura E. Krank
                                    Attorney for plaintiff R.R.L.L.

8

9   DATED: October 16, 2012

10                                  BENJAMIN WAGNER
                                    United States Attorney

11                                        /s/ *David Lerch*

12                                  _____

13                                  David Lerch
                                    Special Assistant United States Attorney
                                    Attorneys for Defendant Michael J. Astrue,

14                                  Commissioner of Social Security
                                    (Per e-mail authorization)

15

16  IT IS ORDERED.

17

18

19  IT IS SO ORDERED.

20      Dated:   **October 21, 2012**              **/s/ Sandra M. Snyder**
                                           UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26